```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 08236
   DAVE WALLACE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7289

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/03/2004 and was confirmed 04/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           6500.00         1112.61         6500.00
AMERICREDIT FINANCIAL SV  UNSECURED         3406.80            .00          3406.80
CAPITAL ONE               UNSECURED        NOT FILED          .00              .00
ECAST SETTLEMENT CORP     UNSECURED          303.22           .00            303.22
ROUNDUP FUNDING LLC       UNSECURED          117.02           .00            117.02
MELVIN J KAPLAN           DEBTOR ATTY      2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                            840.17
DEBTOR REFUND             REFUND                                              30.18

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  15,010.00

PRIORITY                                               .00
SECURED                                           6,500.00
   INTEREST                                       1,112.61
UNSECURED                                         3,827.04
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                                840.17
DEBTOR REFUND                                        30.18
                        ---------------       ---------------
TOTALS                   15,010.00                15,010.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 08236 DAVE WALLACE